UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-23590-BLOOM

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

**PLAINTIFF HAVANA DOCKS CORPORATION'S
NOTICE OF CROSS-APPEAL**

Notice is hereby given that Plaintiff Havana Docks Corporation cross-appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on December 30, 2022 (ECF No. 318). This cross-appeal will address the District Court's determination not to award Plaintiff compound interest as reflected in the order entered on August 31, 2022 granting in part and denying in part Defendants' Motion to Confirm Interest Calculation Pursuant to 22 U.S.C. § 6082(a)(1)(B) (ECF No. 314).

| | |
|---|---|
| Date: January 27, 2023. | Respectfully submitted, |
| | **COLSON HICKS EIDSON, P.A.**<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Telephone: (305) 476-7400<br>Facsimile: (305) 476-7444<br>E-mail: eservice@colson.com |

**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

By: s/ *Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
Bob@colson.com
Stephanie A. Casey
Florida Bar No. 97483
scasey@colson.com
Aziza F. Elayan
Florida Bar No. 92736
aziza@colson.com
Zachary A. Lipshultz
Florida Bar No. 123594
zach@colson.com
Thomas A. Kroeger
Florida Bar No. 19303
tom@colson.com
Sabrina S. Saieh
Florida Bar No. 125290
sabrina@colson.com

- and -

**MARGOL & MARGOL, P.A.**
2029 3rd Street North
Jacksonville Beach, Florida 32250
Telephone: (904) 355-7508
Facsimile: (904) 619-8741

Rodney S. Margol
Florida Bar No. 225428
Rodney@margolandmargol.com

*Attorneys for Plaintiff Havana Docks Corp.*

2

**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court. I also certify that the foregoing document is being served this 27 January 2023, on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

3

**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444