UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23590-CIV-BLOOM

HAVANA DOCKS CORPORATION,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.

    Defendant.
_____/



## DEFENDANT ROYAL CARIBBEAN CRUISES LTD.'S
## NOTICE OF FILING ORIGINAL SUPERSEDEAS BOND

Defendant Royal Caribbean Cruises Ltd. gives notice of filing the original Bond No. SU 1192351, Bond No. SURU2210001412, Bond No. 7901016811, and Bond No. SUR0052978 for the total aggregate sum of one hundred twenty-three million, three hundred sixty thousand, two hundred twenty-four dollars, and twenty-six cents ($123,360,224.17) with the United States District Court Registry on April 14, 2023, in compliance with the Court's March 14, 2023 Order on Motion for Stay of Execution of Final Judgments Without Bond, or With a Reduced Bond Pending Appeals.

Dated: April 14, 2023

                                                  Respectfully submitted,

                                                HOLLAND & KNIGHT LLP
                                                701 Brickell Avenue
                                                Suite 3300
                                                Miami, Florida 33131
                                                (305) 374-8500 (telephone)
                                                (305) 789-7799 (facsimile)

                                                By: _____
                                                      Scott D. Ponce (FBN 0169528)
                                                      scott.ponce@hklaw.com

                                                *Counsel for Royal Caribbean Cruises Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2023, the foregoing Notice of Filing was filed with Clerk of Court by hand-delivery for conventional filing, and will be served on all counsel of record via CM/ECF.

By: _____

#210307186_v1